| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER | |
|---|---|
| Dale K. Galipo (SBN 144074)<br>Benjamin S. Levine (SBN 342060)<br>**Law Offices of Dale K. Galipo**<br>21800 Burbank Blvd., #310<br>Woodland Hills, CA 91367<br>Ph: (818) 347-3333<br>Fx: (818) 347-4118<br><br>ATTORNEY(S) FOR: Plaintiff | |

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIA DETWEILER, individually and as successor-in-interest to Nicholas Detweiler, deceased,<br><br>v.<br>Plaintiff(s),<br><br>CITY OF MOUNT SHASTA; JEREMIAH CAPURRO; NATIONAL RAILROAD PASSENGER CORPORATION; BRUCE GARRETT; and DOES 1 through 10, inclusive,<br>Defendant(s) | CASE NUMBER:<br><br><br>**CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES**<br>(Local Rule 7.1-1) |

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for <u>Plaintiff JULIA DETWEILER, individually and as successor-in-interest to Nicholas Detweiler, deceased,</u> or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Julia Detweiler | Plaintiff |
| City of Mount Shasta | Defendant |
| Jeremiah Capurro | Defendant |
| National Railroad Passenger Corporation | Defendant |
| Bruce Garrett | Defendant |

    11/07/2024                          /s/ Dale K. Galipo
Date                                    Signature

                                        Attorney of record for (or name of party appearing in prop per):

                                        Plaintiff

CV-30 (05/13)                    **NOTICE OF INTERESTED PARTIES**